**No. 11-7749. Wayne Thomas Houff, Petitioner v. Rick Coursey, Superintendent, Eastern Oregon Correctional Institution.**

565 U.S. 1169, 132 S. Ct. 1120, 181 L. Ed. 2d 999, 2012 U.S. LEXIS 604.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 433 Fed. Appx. 590.